HAIGHT, Appellant, v. FINCH, Respondent. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Mary Haight against Henry Finch. No opinion. Judgment affirmed, with costs.

HAND, Appellant, v. SHAW, Respondent. (City Court of New York, General Term. April 9, 1895.) Action by Elwood S. Hand against William A. Shaw. Charles De Hart Brower, for appellant. D. J. Newland, for respondent.

VAN WYCK, J. The order appealed from is affirmed, with $10 costs.

HARRIS, Appellant, v. SENIOR, Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Henry J. Harris against James P. Senior. C. L. Harris, for appellant. Charles M. Earle, for respondent. No opinion. Motion for reargument denied.

HEATH, Respondent, v. GLENS FALLS, S. H. & FT. E. ST. R. CO., Appellant. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by Jane Heath against the Glens Falls, Sandy Hill & Ft. Edward Street-Railroad Company. No opinion. Judgment affirmed, with costs.

HEDGES, Appellant, v. PAYNE, Respondent. (Supreme Court, General Term, First Department. May 17, 1895.) Action by James Hedges against William H. Payne. No opinion. Motion denied, with $10 costs. See 32 N. Y. Supp. 969.

HESS, Respondent, v. VAN AUKEN, Appellant. (Common Pleas of New York City and County. General Term. March, 1895.) Action by Loyd Hess against D. J. Van Auken. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 32 N. Y. Supp. 126.

HOYLE, Respondent, v. CONYEA et al., Appellants. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by Helen M. Hoyle against Isaac Conyea, impleaded, and others. No opinion. Judgment affirmed, with costs.

JAGAU, Respondent, v. GOETZ, Appellant. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Fritz Jagau against Fredericka Goetz. De Lancy Nicoll, for appellant. Henry F. Lippold, for respondent. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied, with $10 costs. See 32 N. Y. Supp. 144.

JOHNSON, Appellant, v. MEANY, Respondent. (Supreme Court, General Term, Third Department. May 29, 1895.) Action by Robert A. Johnson against Joseph Meany, executor of the last will and testament of Patrick W. O'Reilly, deceased. No opinion. Order denying motion to open default affirmed. Order granting extra allowance reversed, without costs.

KEATING, Respondent, v. FITTS, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by William C. Keating against George Fitts. No opinion. Order reversed, without costs of the appeal to either party, and the place of trial changed from Oneida county to the county of Cortland, with $10 costs to abide the event.

KEECH, Appellant, v. OTTMAN et al., Respondents. (Supreme Court. General Term, Third Department. May 29, 1895.) Action by Jeremiah B. Keech against Gilbert G. Ottman and William R. Ottman. No opinion. Judgment affirmed, with costs.

KITZ, Respondent, v. COOK, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Matilda Kitz against Christian Cook. No opinion. Judgment reversed on the law and facts, and a new trial ordered, with costs to abide the event, and the preliminary injunction order set aside. *Held*, (1) a case for equitable relief was not made out; (2) the award of damages was not sustained by the evidence.

KNOX, Respondent, v. JOHNSON, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by J. Theodore Knox against Warner Johnson.

PER CURIAM. We are of the opinion that the court erred in receiving evidence that the credit was given to defendant. A majority of the court are of the opinion that the court erred in charging that a recovery could be had upon the letter and the standard mortgage clause, and that they amount to a contract between the parties, so that the plaintiff was entitled to recover the premium on demand. Judgment and order reversed, and new trial ordered, with costs to abide the event.

LANGAN, Respondent, v. CLIFFORD, Appellant. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by John Langan against Michael Clifford. No opinion. Judgment affirmed, with costs.

In re LAPHAM'S ESTATE. (Supreme Court, General Term, Third Department. May 29, 1895.) In the matter of the estate of Henry C. Lapham. No opinion. Motion to correct decision so that it shall award costs to the appellant at the rates allowed upon an appeal from a judgment granted. See 32 N. Y. Supp. 1145.

LA POINTE, Respondent, v. RICKERT, Appellant. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by Nicholas La Pointe against George Rickert. No opinion. Order affirmed, with $10 costs and disbursements.

L'ARTISTE PUB. CO., Appellant, v. WALKER, Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by the L'Artiste Publishing Company against Isaac Walker. C. J. G. Hall, for appellant. Christian G. Moritz,